IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02322-CMA-MJW

JOHN M. FREESE, SR.,

    Plaintiff,

v.

POWDERHORN RECREATION AND DEVELOPMENT COMPANY, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 24) signed by the attorneys for the parties hereto it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

DATED: November  28 , 2011

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge